IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE OHIO STATE UNIVERSITY,

    Plaintiff,

V.                                   CASE NO. C2-09-1108
                                        JUDGE EDMUND A. SARGUS, JR.
                                        MAGISTRATE JUDGE MARK R. ABEL

OHIO STATE TIRE, LLC,

    Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

\_\_12-9-2009\_\_                                         _____
**DATE**                                                             EDMUND A. SARGUS, JR.
                                                            **UNITED STATES DISTRICT JUDGE**